UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                                    :
UNITED STATES OF AMERICA,             :        20cr023 (DLC)
                                                    :
          -v-                             :        <u>ORDER</u>
                                                      :
JOSEPH GUAGLIARDO,                   :
                                                    :
                Defendant.        :
                                                      :
-----------------------------------------X

DENISE COTE, District Judge:

    Having scheduled the defendant to be sentenced on April 10, 2020, it is hereby

    ORDERED that, in light of the COVID-19 outbreak, the defendant's sentencing is adjourned to **June 18, 2020** at **2:30 pm**.

    IT IS FURTHER ORDERED that any objection to this Order is due Friday, **April 3, 2020**.

Dated:    New York, New York
            March 27, 2020

                                      _____
                                          DENISE COTE
                            United States District Judge