Dear Judge Cote    *USA -v- Joseph Guagliardo, 20 CR 0023 (DLC)*

I tossed and turned making this decision as to write you or just let it go, my conscience motivated me to respond to Joe Guagliardo request but not in the way he requested. I am appalled at the nerve of "Joe Gags" sending me this email requesting a positive character letter. Joe Gags is nothing more then a snake oil salesman hiding behind his short Police career and reverend collar. He has destroyed lives, including family, friends and his own, by his self-gratifying, shellfish behaviors.

I have known Joe since the early 1980's but it took until the late 80's to realize he is a con artist who lies and cheats at every chance he gets, including family and friends. He talks a good game but it is all part of his game. The part that makes it more upsetting is he allegedly became a registered Reverend to enhance his ability to build the trust of others. If you were to follow the trail of his organizations and affiliations, you will find a con game was the motivation. He is so good, many have not yet realized what he is all about, when they do he moves on to another group of potential victims. I see no reason to show Joe any leniency.

A concerned victim

Thank you



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2020

RECEIVED
MAY 13 2020
CHAMBERS OF
DENISE COTE

First and foremost I have to thank you for considering writing a letter of character for me.  I assure you whatever Ive done to earn your trust, I did not do it with a thought that someday I`d be asking you to help keep me out of trouble. I was raised to believe you do the right thing for others, for the sake of doing the right thing for others.  While I never hesitated to help others, I see the real good deed I did was to help others with dignity. I see now how embarrassing it is to have to ask someone to help me. If after you read it you decide you cant, its fine, if your receiving this its because I already love you, and know if you could you would.  What makes this more difficult is that I`m asking and I really cant discuss the details of the case, I can only ask that you speak to my character

My attorney has written a template or guideline, I ask you to please follow it. and I thank you for helping me.
Please don`t think I sent this to two million people or a batch of people, if we didn't  have real history, you wouldn't be receiving this email. Call my cell if you want to talk or meet to discuss this.

joe Gag
917.670.3336

## SAMPLE CHARACTER LETTER

Note: This letter is to be used <u>only</u> as a guide for providing information to a Judge handling Joseph Guagliardo's case that will be helpful to him in deciding what his sentence should be. It is imperative that you express your <u>own</u> views in your <u>own</u> words. It is also essential that you tell the truth. **Please send the letter directly to Wenger & Arlia, Esqs. , 20 Vesey Street, Suite 210, New York, NY 10007. DO NOT SEND THE LETTER TO THE COURT.**

[Date]

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Cote:

*Identify yourself by indicating what you do. For instance, "I am a construction engineer," or "I run a contracting business," or "I teach fourth grade at P.S. 100 in Brooklyn," or "I am the President of the World-Wide Sales Company." Include any office that you may occupy or honors that you have received. It is important that the Judge know something about your background. This will give greater weight to what you say in the letter.*

*Second, state how long you have known Joseph Guagliardo, and indicate what your relationship to him has been. For instance, "Joe and I have known each other since we were in school together," or "we volunteered together with the Special Olympics," or "we have done business together for five years." The purpose of this part of the letter is to explain how it is that you are able to give an opinion about him.*

*Third, explain what your view is of his reputation in the community, his character, and other positive personality traits. Try to use as much detail as possible in this portion of the letter. The emphasis should be on his integrity, honesty and decency. This portion of the letter can include any outstanding accomplishments or good deeds performed by Mr. Guagliardo of which you have knowledge. For example, "Joe is a conscientious and helpful neighbor," or "for more than 20 years, Joe has been actively involved with the Special Olympics," or "Joe" generously sponsored three teams in the Rockland County Little League," or anything that shows his standing in the community.*

*Fourth, add anything else you know about "Joe" that would help convince the Court that he should be given as much consideration and leniency as possible under all the circumstances. For instance, "Joe is extremely devoted to his children [grandchildren], one of whom is an Olympic Gold Medal winner, or "I was shocked to learn of the charges against Joe because he is an upstanding and honorable person. He has already suffered greatly as a result of these truly aberrant charges and Joe has learned a hard lesson from all of this."*

Respectfully yours,