

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2020

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Joseph Guagliardo*,
           20 Cr. 23 (DLC)

Dear Judge Cote:

    The Government respectfully encloses an email it received from an individual, addressed to the Court, concerning sentencing in the above-captioned matter, which email has been redacted in part pursuant to Federal Rule of Criminal Procedure 49.1 and the Southern District of New York's ECF Privacy Policy. The Government will transmit the voicemail file to which the email refers to Your Honor's deputy, under separate cover, and has no objection to the voicemail file being filed with the Clerk of Court.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        Acting United States Attorney

        By:     <u>s/ Daniel C. Richenthal</u>
                 Eli J. Mark
                 Daniel C. Richenthal
                 Assistant United States Attorneys
                 (212) 637-2431/2109
                 Alona Katz
                 Special Assistant United States Attorney

Enclosure

cc:     (by ECF)

       John Arlia, Esq.