# Richenthal, Daniel (USANYS)

| | |
|---|---|
| **From:** | █████████.com |
| **Sent:** | Monday, June 22, 2020 2:10 PM |
| **To:** | Mark, Eli (USANYS); Richenthal, Daniel (USANYS); Jackson, LaVale (USANYS) |
| **Subject:** | Jospeh Guagliardo , Case # 1:20-cr-00023-DLC |
| **Attachments:** | voicemail-638.m4a |

June 1, 2020

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: **WITNESS/VICTIM STATEMENT SENTENCING-
JOSEPH GUAGLIARDO - 1:20-cr-00023-DLC**

Dear Judge Cote,

I am a retired NYPD Police Officer. I have known Mr. Joseph Guagliardo since approximately 2006 when I was a member of the NY 10-13 Association Brooklyn Staten Island and as a member Police Organizations Providing Peer Assistance (POPPA) which we both belonged too. Towards the end of 2017 I was hired by Mr. Guagliardo to do inspections of Municipal Credit Union- MCU ATM's. I did this for approximately 6 days within a two week period.  I stopped working for him at the end of two weeks and was paid for these inspections. In June of 2018 I was subpoenaed to appear before a Federal Grand Jury but a scheduling problem arose so I was allowed to be  interviewed/questioned by USAO SDNY Assistant Attorneys and a US DOJ Special Agent.  I submitted e-mails and other documents that had been requested by the subpoena .

Attached is the voice message of a missed call I received from Joseph Guagliardo.  The message was left on my cell phone # ████████████ from phone # ████████████ at 4:20pm on **Wednesday Jan 8, 2020.**  I believe it is his response regarding my posting on Facebook Group Page: Active and Retired NYPD Uncensored Locker Room The Locker Room .

The purpose of my original Facebook post was to alert active & retired customers of MCU to withdraw their funds since the operation had severe fraud ,mismanagement and corruption uncovered by the USAO SDNY and the conviction of former MCU CEO Mr. Kam Wong.  I also suggested that retired NYPD Officers join the Finest Federal Credit Union instead. The statistics I used were public record and some were from the Credit Union Times - not mine.
https://www.cutimes.com/2020/01/03/municipal-credit-union-plans-closure-of-six-branches/?kw=Municipal%20Credit%20Union%20Plans%20Closure%20of%20Six%20Branches&utm_source=email&utm_medium=enl&utm_campaign=dailynewsalert&utm_content=20200106&utm_term=cut&slreturn=20200522134503

My interpretation of Mr. Guagliardo's message left for me was that he was attempting to minimize Mr. Wong's theft of $10,000,000 as nothing. Thus implying his embezzlement of close to $500,000 would be less then nothing. Also it seemed he felt that my simple post was helping to set him up and that I was part of the big picture.

I feel his remarks showed no real remorse or sympathy for the victims of his and others actions who embezzled money from the MCU.  And the remarks were made two days before he plead guilty .
I was shocked and disappointed that someone who I was once casual friends with and who made a decision to take people's money would think he could explain his criminal behavior and that I would believe it.

I requested Mr. Guagliardo remove my name from the NY10-13 Association Brooklyn & Staten Island account on the Internet and Face book which he was webmaster. http://www.bsi1013.org  I had discontinued being a member about 5 years ago and did not want may name tarnished being associated with him. But I do act as a messenger for the NY 10-13 Association to renew expired NYPD ID Cards for retired officers who live outside the NYC Metro Area. Sadly, he has refused and has not cooperated with these requests knowing that his name continues to bring disgrace and harm to that organization.  I have been advised membership and recruitment are down since his arrest and conviction .

Thank you.

Respectfully submitted ,

Gary J Gorman
███████████

Brooklyn NY ██████
████████████.com
Mobile: ████████████
Home : ██████████