```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    20Cr023(DLC)
                                         :
            -v-                          :    ORDER
                                         :
JOSEPH GUAGLIARDO,                       :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The sentencing for Joseph Guagliardo is currently scheduled for July 23, 2020, to occur in person.  As confirmed by the defendant's letter of July 9, the defendant would like his sentencing to occur in person and does not consent to proceed remotely.  He is released on bail.  On July 6, the Southern District of New York ("SDNY") reopened its courthouses to members of the public.  Accordingly, it is hereby

ORDERED that the July 23 sentencing is rescheduled to occur on Friday, **July 24, 2020** at **12:00 p.m.**  The sentencing will occur in court in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process.

Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also much wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that defense counsel must advise the Court by Friday, **July 17, 2020,** if there is an expectation that

more than **ten** spectators will attend the sentencing.  The parties must advise the Court by the same date if there is an expectation that more than **three** individuals will be seated at counsel's tables.

    IT IS FURTHER ORDERED that any supplemental sentencing submission is due Friday, **July 17, 2020**.

Dated:    New York, New York
           July 10, 2020

                                      _____
                                        DENISE COTE
                             United States District Judge