Re: **United States v. Joseph Guagliardo**

**Exhibits: Letters of Support**

Honorable Denise Cote

United States District Court

Southern District of New York

500 Pearl Street

New York NY 10007

Dear Judge Cote:


My name is Edward Ranieri and I am a retired Police Officer from the NYC Transit Police Department and a former Assistant Director of Security at Pratt institute, NYC campus. I reside at 36 Stanley Circle, Staten Island NY 10308

On or about March 1992, I met Mr. Guagliardo (Joe) and was introduced to him by a mutual friend, Carmine Manzillo (now deceased). I was the lead litigant on behalf of NYC Transit Police retirees on behalf of myself and others similarly situated, being denied a pension benefit ( Ranieri vs Dinkins) and Mr. Guagliardo filed a similar suit on behalf of himself and other NYC Housing Police retirees ( Gagliardo vs Dinkins). Both cases made it up to NYS Court of Appeals. Unfortunately we plaintiffs did not prevail . We made a petition to the US Supreme Court, but we were denied. To date .we have been unsuccessful in achieving this pension benefit.. At this point, Joe and I consolidated our efforts in lobbying both NYS Legislators and the NYC Council. In the spring of 1995, the NYC Housing and Transit Police were merged with the NYPD. Unfortunately, the merger agreement (Memorandum of Understanding) was absent any provisions on behalf of transit and housing retirees Health and Welfare. Once again we aligned ourselves to right this wrong, In 1999, after testifying at a NYC Council hearing and NYS Legislator committee hearings we obtained legislation codifying safeguards of health and welfare for our retirees.

Joe and I continued our friendship and he encouraged me to remain working with him in active and retirees as well as many charitable endeavors such as Community Mayors, Special Olympics' and other organizations on behalf of disabled children.

In 2001, after the 9/11 terrorist attacks, we were able to share and celebrate the birth of his twins daughters . Joe was present at the weddings of my daughter and son. (2005, 2008).In Sept. 2013 I was diagnosed with Brain Cancer (CNS Lymphoma ) . I was treated successfully at New York Presbyterian Hospital (West 168th St. NYC) Joe assisted my family throughout this ordeal and he was at the hospital almost daily.

Joe is a man who has worn many hats. He has helped many people and is a Volunteer Extraordinaire and a good man. Joe's oldest daughter is expecting a child in the very near future. He'll make a wonderful Grandfather.

He remains my good friend for life and I am proud to submit this on behalf of Joe. Hoping and praying that Joseph Guagliardo is given much consideration and leniency so he can and resume his life.

Respectfully,

Edward Ranieri

February 16, 2020

Honorable Denise Cote

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

February 7, 2020

Dear Judge Cote,

My name is Patrick A De Luca. I am a veteran of the US army Sept. 1961-1963. I had a top military secret clearance I was in the war room during the Cuban Crises. In 1965 I joined The NYC Transit Police Dept. I retired in Nov. 1978 on a disability. My duties with the transit police were many. I was staff assistant to the Chief Of Patrol Dante Maffeo , Staff assistant to the Inspector of Headquarters John Wilson. I was a Eucharistic Minister for over 8 years at Our Lady Star Of Sea Church on Staten island , NY. After my retirement I did various jobs which included Flea markets, I am a member of the Knights of Columbus council #5917 on Staten Island for over 38 years. I was a former President of the Columbia Association of Transit police from 1975-78.

I have known Joseph Guagliardo for over 20 years. I worked with him on the New York Special Olympics I have gone to several meetings and functions with the National Council of Columbia Associations and Community Mayor's in NY, where Joe organized events and projects to benefit children with disabilities.
Joseph is a example of a leader in of the community. He has worked tireless efforts in helping people with the many problems arising in New York City.

Finally, Joe has been a leader in the community for over 40 and done a lot of charity work. If anyone should deserve leniency it is Joe Guagliardo . I feel he has suffered enough . He is truly a great person.

Respectfully yours

*Patrick A. De Luca*

Patrick A, De Luca
156 Figurea Avenue
Staten Island, NY 10312
Reply  Reply All  Forward

February 10, 2020

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Cote:

My name is Anna Tortorici, I am a retired New York City Police Department Sergeant, Special Assignment. I served 20 years with the Department, and also served as the Vice President of the Columbia Association, a Fraternal Organization within the Police Department. I am married to a NYC Police Sergeant for 39 years, and I have 3 children, 2 of which currently serve the law enforcement family. I have a high integrity towards work ethics, honesty, and trust. My family has been entrusted to hold the same high honors. I have worked and served the police department through many hardships, 9-11 being the most difficult and challenging. I have kept good people in my circle, those that hold the same standards of integrity and the desire to help others.

I met Joseph Guagliardo in my law enforcement career (1985), and Joe impressed me from the moment I met him as being someone to look up to. He sent energy in the room, and he was always organizing an event to help others. I served on the Columbia Association with Joe and I have to say that I was in shock when I read the papers. Although Joe and I do not see eachother regularly, I still would see all of the things that Joe was still involved in with helping others. Every year I would receive his family Christmas card and look how beautiful his family has grown, and yet he still gives of himself to his community.

Joe always showed concerned of others, and always gave of himself to help those in need. It was who Joe is and still is as a person. Joe has dedicated his life to public service, and he should be able to now dedicate his life to his family. I do not condone wrong doing, but I do believe in leniency in this case.

I'm sure Joe has suffered a great deal, along with much embarrassment to himself. This act is certainly not indicative of Joseph's life nor behavior.

Your consideration is greatly appreciated.

Anna Tortorici

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

February 25, 2020

Dear Judge Cote,

My name is Judy Gagliardo and I am the aunt (through marriage) of Joseph Guagliardo. I know him over 38 years since I married his uncle in 1981. Before I retired, I was bookkeeper and a supermarket manager but I have been ill for many years now. I have multiple medical problems including end stage renal disease, primary biliary cirrhosis and heart problems. These are serious conditions and have to be closely monitored because I am nearly homebound and close to needing dialysis.

I am 77 years old and I have no living family except for a daughter from whom I am estranged for over 20 years and my son who is severely autistic. Because I am unable to handle him, he is a ward of the state and he lives in a group home in New York. I am his advocate, but now that I am so ill and living in Florida, Joseph has taken over much of my responsibilities for his care. This keeps me going because I worry terribly about my son and Joseph puts my mind at ease. Even while my husband was alive, Joseph was there helping us with of our economic issues and our well-being. Since my husband died I became more needy and Joseph took on more responsibilities and became my power of attorney. Without him as my advocate, I don't know what I would do. I'm barely holding on and knowing Joseph is around is what keeps me going. I worry about running out of money before I pass, but even though he is not a blood relative, Joseph always tells me "don't worry about it, I will take care of you".

I am very proud of Joseph. He had a horrible upbringing and I am so proud of how he rose above his difficult life and made something if himself. He amazes me with all of the things that he does. I am not the only one who depend on him. Over the years he has taken on the entire family's problems. He's there to help everybody, sometimes to his detriment. He has been left holding funeral costs and other bills but still continues to do what needs to be done. However, he isn't deterred by these issues and continues to take care of everyone's problems.

He is also responsible for Thomasina, my sister in law, who has been a terrible burden for all of the 38 years that I have been part of the family. She was born deaf and expects everything to be done for her because of her disability. She is an angry, poorly educated woman who has a little comprehension of her world. I used to help her to make financial and lifestyle decisions, but now that I can't she has become another burden that Joseph has to carry. She relies on him for every aspect her well-being.

His oldest daughter, Jenny, is now 27. He was not married to her mother who raised her in many homes in many towns and states. Rather than to shirk his responsibilities, Joseph paid child support without the courts being involved. Apparently, the money he sent was never used for Jenny's welfare but rather was spent on drugs. Jenny had a hard early life, made many poor decisions and was in a downward spiral. However, she is very intelligent and when she allowed Joseph to come into her life 10 years ago, she straightened out and has turned her life around. She is a dental hygienist and is expecting her first child. Joseph came to her rescue and she still relies on him emotionally and financially.

When I first heard about what Joseph was accused of doing, I didn't believe it. The Joseph that I know is deeply religious, has a good moral compass and is honorable to a T. He is always there for everybody and never turns a cold shoulder. He has his own medical problems but whenever I'm in trouble I call him and he's Johnny on the spot. He picks up all of my slack, goes to meetings for my son and helps me to make the right decisions. I have outlived all of my family and am all alone except for Joseph, Hilary and the girls; they are my only lifeline. I request leniency during his sentencing so that he can continue to help all of the people who depend on him. So many of us need him to be available to us. I know I would be dead without him; I would have given up long ago.

Sincerely,


Judy Gagliardo

January 25, 2020

Honorable Denise Cote
United States district Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Cote:

My name is Kim Piselli, I am not involved in politics, on any boards, nor have I received any degrees of higher education. I am a mother of two daughters, one now a Pharmacist, and the other, among other jobs, a Pharmacy Tech, she does have a degree in Early Childhood Education, she's just not making use of it at this time. I have usually held jobs that let me be available for my family, while at the same time helped pay the bills.

I have known Joseph for almost 45 years - initially as a love interest, we were both very young, so obviously not ready for a serious relationship, but I'm very grateful it didn't work out romantically, instead I gained a very special lifelong friend.

Joseph has always been available to me for any kind of support I needed, whether it be in person or just listening to me cry on the phone, encouraging me. I have often referred to him as my "Hero" at the very lowest and frightening point in my life he insisted I take an apartment in a building he owned for absolutely nothing more than minimal rent so my very young daughters and I were safe. We stayed there for over 4 years until my husband straightened himself out and we bought a home in Sullivan County, NY. (My husband was not what threatened my safety). Joseph has always been a constant pillar of strength and support for me, from the loss of my father to the birth of my daughters and beyond. Never, asking or seeking anything in return.

Unfortunately, we haven't been able to see each other as often as before, but we speak 3 - 4 times a year, mostly about our children, the only thing that has really mattered to Joseph has been his daughters. His life has revolved around them (and only them) since the day they were born, which was shortly after 9-11. I believe his work at the site of the World Trade Center after the horrific events of 9-11 made him cherish his family and his time with them. He has been completely dedicated to them, their education, and has spent every possible moment with them.

If you was part of his circle of friends you'd constantly see new photos of them, sometimes asking for advice sometime advising others to "Make Memories". While doing something as simple as a traditional Italian meal on Sunday, with his daughters' diverse friends or capturing pictures of them doing sports.

I haven't been able to be involved with him, but he's spoke of his work with the Special Olympics, especially at Christmas time.

As he always says anyone can be a father, he aspires to be a Dad.

This does not excuse what he did regarding MCU, and it doesn't give him a "pass". What he did was wrong. However, to know as his close friends know, where he came from to have the values he has lived by and taught his kids. Reveals a kid who spent time homeless to a man seeking to help others.

I ask you to be lenient when considering the future of Joseph. He, continues to care for relatives and and help others. If justice is about looking at the big picture, his crimes are not a reflection of his life, it is a picture of a very small part.

Respectfully yours,

*Kim Piselli*

Kim Piselli

JANUARY 18, 2020

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Cote:

My name is Philip Falcone. I previously worked on the floor of the New York Mercantile Exchange where I was a commodity broker for 26 years. I am currently in the Film Industry making Independent Films.

Joe and I have known each other since 2011 when we were introduced by my then partner in the film Joe's War. Joe was eager to help in any way that he could based solely on the subject matter which was to help Veterans with PTSD. From the moment we met I knew Joe was an upstanding man. He offered his assistance without asking for a thing in return.

Since meeting Joe I have known him only as a caring and giving person. He is always there to lend an ear whenever you may have a personal problem. I had some family issues and he was always there when I called. He would give me his advice and also give me his opinions on where I could take my child for the best results. His advice was always from the head as well as the heart. I have never known him to be anything other than genuine and good hearted.

My friend Joe, is a decent man. A family man. A man with great integrity and I am beside myself thinking that this letter is needed. Joe has and always will be a friend to me and my family. This incident to me is an aberration, and not consistent with the man I know and I hope this in no way defines him. I am hoping that the court will be as lenient as possible for a person that has done so much for so many with so little...

Respectfully

Philip Falcone

February 15, 2020

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Cote:

My name is Salvatore Taormina and I am a retired New York City Police Officer. I am writing to you regarding the matter of Joseph Guagliardo, who will be brought before your court room in April 2020. I have known Joe for over 40 years. We grew up together in Brooklyn, NY. Additionally, we were in the police academy together back in January 1982 and have remained great friends.

While I understand the gravity of the situation, I have always known Joe to be honorable, dependable and trustworthy. He has worked tirelessly in every aspect of his career. Whether it is from our time at the department to the numerous charity events, Joe has remained a prominent and faithful figure. His dedication to his brothers in blue particularly stands out to me as miraculous. His efforts volunteering his time to events that honor our brothers killed in the line of duty, in particular, are just one of the many instances that reflect who Joe is. His dedication to this and many other events surrounding police officers has meant so much, to so many and is invaluable.

Joe is a man of great integrity and is extremely dedicated to his family, friends and career. Joe and his family have always been kind, compassionate and devoted friends. He is a devoted husband and father of two incredibly beautiful and talented young twin girls. Joe and his family have suffered greatly as a result of this situation. I truly believe Joe has learned a hard lesson from all of this. I ask you to please take into consideration all of the countless and selfless acts that this man has given of himself to his community.

Sincerely,

Salvatore Taormina
969 Sheldon Avenue
Staten Island, New York 10309
(C) 917-699-7718

February 9, 2020

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Cote:

    My name is Peter Martine and I am a retired bus operator for the MTA/NYC Transit Authority. My Wife Maria is coming up on retirement after 20 years of service with the Division of Traffic in the New York City Police Department. Both my wife and I grew up in Brooklyn and still currently own a home in Brooklyn and still have many friends and family in the area.

    Joe and I are neighbors in Gerritsen Beach Brooklyn for the last four years. We often stop and talk to each other when we see each other on the block through these last four years and talk about our homes, our familes and the neighborhood. Also my wife knows Joe from the NYPD Columbia Association, where Joe was a board member.

    Joe is known by all the neighbors and is always friendly to everyone. Joe is a great neighbor to have because he maintains a beautifully kept home, loves the neighborhood, watches out for the other houses on the block and the cars belonging to our familes. I know Joe to have always been a hard working citizen and leave his home everyday to travel to his position with MCU. Joe would sometimes mention his position with the MCU and always seemed to like and enjoy working with the members to offer whatever benefits MCU could offer to help its members. Joe really seems to like helping people on the block if someone needs a helping hand and is always willing to somehow help.

    I know Joe to be a family man and often talks about his two daughters His daughter is expecting a baby and I know if Joe were together with them, he could spend time with his newborn grandchild and help out and they would all be together as a family. I was very surprised to hear about the charges against Joe. My understanding of the Joe I know, this would be out of character. Lately he seems to be under a lot of stress and seems very remourseful for what's going on.

Respectfully yours,
Peter Martine

1

February 10, 2020

Honorable Denise Cole

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Cole:

My name is Beatrice Jones, I am an Administrative Assistant for a demolition/carting company for ten years.

I know Joseph Guagliardo for over 45 years. He came into our lives when he was a teenager as a friend of my Aunt. Joe then became a fixture in our home having long talks with our parents.

I remember when our dad went on strike and we were struggling when a knock came upon our door and it was the grocery man with a box of groceries which my dad thought was a mistake. We came to find out that it was Joe who bought the groceries, keep in mind he was just a teenager himself. There were five of us girls and our parents. Joe was the son they never had.

Joe was always someone we looked up to and are very proud of. He came from humble beginnings and worked hard to accomplish himself as an upstanding person of the community.

Joe is a great father and does whatever he can for his children. He is a dad they can count on.

Joe has been there for numerous members of my family whether it was helping my grandmother with her housing issues or advising other family members with regard to work.

He is a loyal and trustworthy person who has long lasting friendships and is someone who you can rely on without a doubt.

Three years ago when my dad was dying there was Joe sitting beside him talking intently my dad's eyes said it all, he was so proud of this kid he met so many years ago and now is a man of great integrity.

Respectfully yours,

Beatrice Jones

# Ronald Faia

45 Matlock Street
Lido Beach NY 11561
(718) 344-8571

January 22, 2020
Honorable Denise Cote
United States District Court
Southern District of New York
500 Pear Street
New York, NY 10007

Dear Judge Cote:

My name is Ronald Faia and I am the sole member of Dynamic Technical Concepts and Designs LLC. I have been operating this business since 2004. Additionally, I am involved in real estate management under various LLC in New York City and other cities. My base office is located on 254 43rd Street, Brooklyn, N.Y. 11232 for the past 20 years. I am a graduate of St John's University college with a bachelor's degree in international finance and economics.

I met Mr. Joseph Guagliardo in 2008 when I purchased a property located at 142 W 9th Street, Brooklyn, neighboring the adjacent building which Joseph owns. We have spent multiple Sunday afternoons together with our families watching the Brooklyn Cyclones in Coney Island. It was one of our families most treasured moments together and has created many cherished memories.

Mr. Guagliardo is a dedicated father, husband and cherishes his family. He once shared an experience when he was on set and had an active role in a documentary film. He realized that the time had gone beyond 3pm and he had a prior commitment taking his children to religion class. He approached the director and informed him that the film was interfering with his family responsibilities and could no longer participate in the production. The love he has for his daughters is remarkable and admirable. I often hear his voice guiding me, that work comes second and family comes first!

When situations become hectic in my business career, I remember the experience and the lesson learned from Joe. He is truly a remarkable, loving and devoted father and husband.

Joseph contributes to the community, his friends, his family and is a mentor to people in his life. I have witnessed his kindness to the tenants in his building when they came into difficult times and not paying the rent on time. He has extended the due dates without penalties. He has also assisted

numerous tenants during the moving process in any way possible. Joseph provides leadership and direction to the people in the community, his family and his colleagues.

He lives his life as an honest, pure, loving and sincere human being. The family has suffered and endured enough emotional pain during this process, it would serve all involved to allow him to continue his charitable endeavors and most important continuing being the supporting father and husband.

Sincerely

Ronald Faia

2