

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2020

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Joseph Guagliardo*,
              20 Cr. 23 (DLC)

Dear Judge Cote:

      The Government respectfully writes in the above-captioned matter regarding the Court's request for a submission on any additional restitution sought on behalf of the victim, Municipal Credit Union ("MCU"), due on Friday, September 18, 2020. The Government and defense counsel have been in discussions regarding additional restitution and anticipate that an agreed-upon resolution will be reached directly between MCU and the defendant, thus mooting the need for a court order. However, the Government understands that a resolution is not likely to be reached this week, because the defendant is currently in quarantine at his designated facility and therefore is not able to communicate easily with his counsel. Accordingly, the Government and defense counsel jointly request that the Court adjourn the deadline for the restitution submission to October 19, 2020, to permit time to complete negotiations between the defendant and MCU.

                                Respectfully submitted,

                                AUDREY STRAUSS
                                Acting United States Attorney

              By:    <u>s/ Eli J. Mark/Daniel C. Richenthal</u>
                       Eli J. Mark
                       Daniel C. Richenthal
                       Assistant United States Attorneys
                       (212) 637-2431/2109
                       Alona Katz
                       Special Assistant United States Attorney

cc:    (by ECF)
       John Arlia, Esq.