**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2020

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

September 15, 2020

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Joseph Guagliardo,*
      20 Cr. 23 (DLC)

Dear Judge Cote:

*To ensure that the restitution decision is entered within 90 days of 7/23/20, an extension is granted to 10/9/20.*

*Denise Cote*
*9/17/20*

The Government respectfully writes in the above-captioned matter regarding the Court's request for a submission on any additional restitution sought on behalf of the victim, Municipal Credit Union ("MCU"), due on Friday, September 18, 2020. The Government and defense counsel have been in discussions regarding additional restitution and anticipate that an agreed-upon resolution will be reached directly between MCU and the defendant, thus mooting the need for a court order. However, the Government understands that a resolution is not likely to be reached this week, because the defendant is currently in quarantine at his designated facility and therefore is not able to communicate easily with his counsel. Accordingly, the Government and defense counsel jointly request that the Court adjourn the deadline for the restitution submission to October 19, 2020, to permit time to complete negotiations between the defendant and MCU.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   s/ Eli J. Mark/Daniel C. Richenthal
      Eli J. Mark
      Daniel C. Richenthal
      Assistant United States Attorneys
      (212) 637-2431/2109
      Alona Katz
      Special Assistant United States Attorney

cc:   (by ECF)
      John Arlia, Esq.