

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 9, 2020

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Joseph Guagliardo*,
            20 Cr. 23 (DLC)

Dear Judge Cote:

      The Government respectfully writes in the above-captioned matter regarding the Court's request for a submission on any additional restitution sought on behalf of the victim, Municipal Credit Union ("MCU"), due today. The Government has been informed by MCU's counsel that the defendant and MCU reached a written resolution, between themselves, which included a payment that has been made directly to MCU, thus mooting the need for a Court order. Accordingly, the Government, after conferring with MCU's counsel, will not be seeking further restitution on behalf of MCU from the Court.

                                  Respectfully submitted,

                                    AUDREY STRAUSS
                                  Acting United States Attorney

                By:     s/ Eli J. Mark/Daniel C. Richenthal
                        Eli J. Mark
                        Daniel C. Richenthal
                        Assistant United States Attorneys
                        (212) 637-2431/2109
                        Alona Katz
                        Special Assistant United States Attorney

cc:     (by ECF)

      John Arlia, Esq.