```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :    20cr00023-01 (DLC)
                                         :
            -v-                          :         ORDER
                                         :
 JOSEPH GUAGLIARDO,                      :
                          Defendant.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received defendant Joseph Guagliardo's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), it is hereby

ORDERED that the Government shall submit any response by **January 8, 2021.**

Dated:   New York, New York
         December 22, 2020

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　United States District Judge