```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
 UNITED STATES OF AMERICA              :
                                       :
              -v-                      :      20 Cr. 23 (DLC)
                                       :
 JOSEPH GUAGLIARDO,                    :           ORDER
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On November 24, 2020, Joseph Guagliardo moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). The Government filed its opposition to the compassionate release request on January 8, 2021. On January 13, this Court denied Guagliardo's motion, concluding that the sentencing factors set forth at 18 U.S.C. § 3553(a) counseled against a reduction of sentence.

On January 14, Guagliardo filed a supplemental letter regarding his compassionate release motion.[1] Subsequently, in a letter dated January 20,[2] Guagliardo moved for reconsideration of the January 13 denial of his motion for compassionate release. This Court has considered the January 14 and January 20 letters

---

[1] The January 14 letter was received and docketed by this Chambers on January 20.
[2] The January 20 letter was received and docketed by this Chambers on January 26.

and concludes that the relevant factors do not weigh in favor of release.

Accordingly, it is hereby

    ORDERED that the January 20, 2021 motion for reconsideration is denied.

    IT IS FURTHER ORDERED that the Clerk of Court shall mail Guagliardo a copy of this Order and note mailing on the docket.

    SO ORDERED:

Dated:    New York, New York
           January 29, 2020

                                        DENISE COTE
                              United States District Judge

Copy mailed to:
JOSEPH GUAGLIARDO (87290-054)
FCI FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
JOINT BASE MDL, NJ 08640