UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :
UNITED STATES OF AMERICA            :
                                    :
          -v-                       :          20 Cr. 23 (DLC)
                                    :
JOSEPH GUAGLIARDO,                  :               ORDER
                                    :
                    Defendant.      :
                                    :
----------------------------------- X

DENISE COTE, District Judge:

     In a letter dated January 24, 2021, Joseph Guagliardo moved
for leave to amend his January 20 motion for reconsideration of
this Court's January 13 denial of his motion for compassionate
release.  The January 24 letter was received and docketed by
this Court's Chambers on February 3, which was after this Court
had denied Guagliardo's motion for reconsideration on January
29.

     Guagliardo indicates in his January 24 letter that he wants
to bring his sentencing transcript to the Court's attention.
This Court had already reviewed that transcript before ruling on
January 13.  The January 24 letter therefore provides no basis
to revisit the January 29 denial of the motion for
reconsideration.  Accordingly, it is hereby

     ORDERED that the January 24, 2021 motion for leave to amend
is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mail

Guagliardo a copy of this Order and note mailing on the docket.

SO ORDERED:

Dated:     New York, New York
           February 19, 2021

_____
                DENISE COTE
          United States District Judge