```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   20CR23 (DLC)
UNITED STATES OF AMERICA,                :
                                         :        ORDER
          -v-                            :
                                         :
JOSEPH GUAGLIARDO,                       :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The defendant having filed a motion for the early termination of supervised release, it is hereby

ORDERED that the Government shall respond to the motion by **April 19, 2024.** In their response, the Government shall advise of Probation's position regarding this request.

Dated:  New York, New York
        March 19, 2024

                                               _____
                                                     DENISE COTE
                                      United States District Judge