UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   20CR23 (DLC)
UNITED STATES OF AMERICA,                :
                                         :        ORDER
            -v-                          :
                                         :
JOSEPH GUAGLIARDO,                       :
                      Defendant.         :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On March 18, 2024, the defendant requested early termination of supervised release.  The Government opposes the defendant's motion.  Familiar with the record in this case, it is hereby

ORDERED that the March 18 motion is denied.  The Clerk of Court is directed to terminate the motion and mail a copy of this Order to the defendant at the address provided in the motion.

Dated:   New York, New York
         April 24, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge